JAMES G. MARTIN, Respondent, v. HUGH N. CAMP, JR., as Executor of FREDERIC E. CAMP, Deceased, et al., Appellants.

(Submitted November 20, 1916; decided November 28, 1916.)

Motion for re-argument or to amend remittitur denied, with ten dollars costs.   (See 219 N. Y. 170.)

IDA WEISMAN, Respondent, v. THE CITY OF NEW YORK, Appellant.

(Submitted November 20, 1916; decided November 28, 1916.)

MOTION to amend remittitur.   (See 219 N. Y. 178.)

Motion granted and remittitur amended so as to read as follows: "Judgment of Appellate Division reversed, with costs in both courts, and judgment of Trial Term affirmed."